*Duplicate Original*

1

2

3

4

5

6

7

Send - O

> FILED
> CLERK, U.S. DISTRICT COURT
>
> SEP 22 2011
>
> CENTRAL DISTRICT OF CALIFORNIA
> EASTERN DIVISION          BY DEPUTY

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )   Case No. *CR 08- 1212-AHM*
                                     )            *CR 99 - 00583-AHM*
12              Plaintiff,           )
                                     )   ORDER OF DETENTION PENDING
13         v.                        )   FURTHER REVOCATION
                                     )   PROCEEDINGS
14   TREDIS FERGUSON                 )   (FED. R. CRIM. P. 32.1(a)(6); 18
                                     )   U.S.C. § 3143(a)(1))
15              Defendant.           )
                                     )

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___*Central*___ District of

18   ___*California*___ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)  The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            *- violation petition*

26            *- pretrial services report*

27            _____

28            _____

                                    1

1    and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    — violation petition

7    — pretrial services report

8    _____

9    _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: September 22, 2011

15   HONORABLE SHERI PYM
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28